```
JAY L. POMERANTZ (CSB No. 209869)
jpomerantz@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Telephone:    650.988.8500
Facsimile:    650.938.5200

Attorneys for Defendant
Oncothyreon, Inc.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN B. SAND & ZACHARY B. SAND JOINT TRUST,<br><br>Plaintiff,<br><br>v.<br><br>BIOTECHNOLOGY VALUE FUND, L.P., BIOTECHNOLOGY VALUE FUND II, L.P., INVESTMENT 10, L.L.C., MSI BVF INC., BVF PARTNERS, L.P., BVF Inc., MARK N. LAMPERT and ONCOTHYREON, INC.,<br><br>Defendants. | Case No.: 3:16-cv-01313<br><br>**STIPULATION EXTENDING TIME**<br><br>Judge: Hon. Richard Seeborg<br>Trial Date: None Set<br>Date Action Filed: March 17, 2016 |

Pursuant to the Civil Local Rule 6-1(a), the parties, by their undersigned attorneys, enter into this stipulation.

**WHEREAS,**

A.  Plaintiff filed this action on March 17, 2016.

B.  Plaintiff and Defendants (other than nominal defendant Oncothyreon, Inc.) have entered into a stipulation (filed with this Court on May 4, 2016) whereby Defendants Biotechnology Value Fund, L.P., Biotechnology Value Fund II, L.P., Investment 10, L.L.C., MSI BVF Inc., BVF Partners, L.P., BVF Inc., and Mark N. Lampert ("the BVF Defendants") shall have until August 26, 2016 to file their motion to dismiss the complaint.

C.  Nominal defendant Oncothyreon, Inc.'s response to the complaint is currently due

1  on May 31, 2016.

2      D.    The parties desire to coordinate filing deadlines and avoid unnecessary pleading on
3  the part of nominal defendant Oncothyreon.

4      **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**:

5      Without prejudice to any other defense or argument, all of which are expressly reserved,
6  the time for nominal defendant Oncothyreon to answer to the complaint in this action is extended
7  to the first day that the BVF Defendants are required to answer the complaint.

9  Dated: May 23, 2016        FENWICK & WEST LLP

11  By: _____
            Jay L. Pomerantz

13  Attorney for Defendant ONCOTHYREON, INC.

14  Dated: May 23, 2016        ABRAHAM, FRUCHTER & TWERSKY LLP

16  By: _____
           Ian D. Berg

18  11622 El Camino Real, Suite 100
    San Diego, CA 92130
19  Phone: 858.792.3448

20  Attorneys for Plaintiff BRIAN B. SAND &
    ZACHARY B. SAND JOINT TRUST

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

| | | |
|---|---|---|
| 1 | Dated: May 23, 2016 | HOGAN LOVELLS LLP |
| 2 | | |
| 3 | | By: _____ |
| | | Dennis H. Tracey, III |
| 4 | | |
| 5 | | 875 Third Avenue |
| | | New York, New York 10022 |
| 6 | | Phone: 212.918.3524 |
| 7 | | Attorneys for Defendants BIOTECHNOLOGY VALUE FUND, L.P., BIOTECHNOLOGY VALUE FUND II, L.P., INVESTMENT 10, L.L.C., MSI BVF INC., BVF PARTNERS, L.P., BVF Inc. and MARK N. LAMPERT |

Pursuant to Civil Local Rule 5-1(i)(3), all signatories concur in filing this stipulation.

Dated: May 23, 2016        By: _____
                                Jay Pomerantz