1  Robert B. Hawk (Bar No. 118054)
   HOGAN LOVELLS US LLP
2  4085 Campbell Avenue, Suite 100
   Menlo Park, CA  94025
3  Telephone:  (650) 463-4000
   Facsimile:  (650) 463-4199
4  robert.hawk@hoganlovells.com

5  Dennis H. Tracey, III (admitted *pro hac vice*)
   Derek Musa (admitted *pro hac vice*)
6  HOGAN LOVELLS US LLP
   875 Third Avenue
7  New York, NY 10022
   Telephone:  (212) 918-3000
8  Facsimile:  (212) 918-3100
   dennis.tracey@hoganlovells.com
9  derek.musa@hoganlovells.com

10 Attorneys for Defendants
   BIOTECHNOLOGY VALUE FUND, L.P.,
11 BIOTECHNOLOGY VALUE FUND II, L.P.,
   INVESTMENT 10, L.L.C.
12 MSI BVF SPV, LLC,
   BVF INC., and
13 MARK N. LAMPERT

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| BRAIN AND ZACHARY SAND JOINT TRUST,<br><br>Plaintiff,<br><br>v.<br><br>BIOTECHNOLOGY VALUE FUND, L.P., et al.,<br><br>Defendants. | Case No. 3:16-cv-1313-RS<br><br>**[PROPOSED] ORDER GRANTING MOTION TO DISMISS**<br><br>Hearing Date: October 27, 2016<br><br>Time: 1:30 p.m.<br><br>Courtroom: 3<br><br>The Hon. Richard Seeborg |

1  The Court has considered the BVF Parties' Motion to Dismiss Plaintiff's Complaint
2  pursuant to Rules 8(a) and 12(b)(6) of the Federal Rules of Civil Procedure. The Court has
3  reviewed all materials submitted in support of and in opposition to the motion, and has heard
4  oral argument presented by counsel. After careful consideration, the Court concludes that
5  Plaintiff's Complaint fails to state a claim upon which relief may be granted and that further
6  amendment would be futile.
7  Accordingly, the Court hereby GRANTS the BVF Parties' Motion to Dismiss.
8  Plaintiff's Complaint is hereby DISMISSED WITH PREJUDICE.

10 **IT IS SO ORDERED.**
11 DATED: _____, 2016        _____
12                                              THE HONORABLE RICHARD SEEBORG
                                                   United States District Judge