Robert B. Hawk (Bar No. 118054)
HOGAN LOVELLS US LLP
4085 Campbell Avenue, Suite 100
Menlo Park, CA 94025
Telephone: (650) 463-4000
Facsimile: (650) 463-4199
robert.hawk@hoganlovells.com

Dennis H. Tracey, III (admitted *pro hac vice*)
Derek Musa (admitted *pro hac vice*)
HOGAN LOVELLS US LLP
875 Third Avenue
New York, NY 10022
Telephone: (212) 918-3000
Facsimile: (212) 918-3100
dennis.tracey@hoganlovells.com
derek.musa@hoganlovells.com

Attorneys for Defendants
BIOTECHNOLOGY VALUE FUND, L.P.,
BIOTECHNOLOGY VALUE FUND II, L.P.,
INVESTMENT 10, L.L.C.
MSI BVF SPV, LLC,
BVF INC., and
MARK N. LAMPERT

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| BRAIN AND ZACHARY SAND JOINT TRUST,<br><br>Plaintiff,<br><br>v.<br><br>BIOTECHNOLOGY VALUE FUND, L.P., et al.,<br><br>Defendants. | Case No. 3:16-cv-1313-RS<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS**<br><br>Hearing Date: October 27, 2016<br><br>Time: 1:30 p.m.<br><br>Courtroom: 3<br><br>The Hon. Richard Seeborg |

1  Pursuant to Rule 201 of the Federal Rules of Evidence, defendants Biotechnology Value Fund, L.P., Biotechnology Value Fund II, L.P., Investment 10, L.L.C., MSI BVF SPV, LLC, BVF Inc., and Mark N. Lampert hereby request that the Court take judicial notice of the attached exhibits, which are true and correct copies of the following:

**Exhibit 1:**  BVF Partners, L.P. - Investment Adviser Firm Summary, *available at* http://www.adviserinfo.sec.gov/IAPD/IAPDFirmSummary.aspx?ORG_PK=156149.

**Exhibit 2:**  Oncothyreon, Inc. Form 10-Q, filed with the Securities Exchange Commission on November 5, 2015, *available at* https://www.sec.gov/Archives/edgar/data/1412067/000119312515368370/d47758d10q.htm.

**Exhibit 3:**  Exhibit 10.1 to Oncothyreon, Inc. Form 8-K, filed with the Securities Exchange Commission on February 6, 2015, *available at* https://www.sec.gov/Archives/edgar/data/1412067/000119312515037540/d861795dex101.htm.

**Exhibit 4:**  Exhibit 10.1 to Oncothyreon, Inc. Form 8-K, filed with the Securities Exchange Commission on May 14, 2015, *available at* https://www.sec.gov/Archives/edgar/data/1412067/000119312515188174/d922869dex101.htm.

**Exhibit 5:**  Amendment No. 3 to Schedule 13G, filed with the Securities Exchange Commission on February 13, 2015, *available at* https://www.sec.gov/Archives/edgar/data/918923/000092189515000360/sc13ga307422onc_12312014.htm.

**Exhibit 6:**  Amendment No. 4 to Schedule 13G, filed with the Securities Exchange Commission on May 18, 2015, *available at* https://www.sec.gov/Archives/edgar/data/918923/000092189515001409/sc13ga407422021_05132015.htm.

**Exhibit 7:**  Amendment No. 5 to Schedule 13G, filed with the Securities Exchange Commission on May 18, 2015, *available at* https://www.sec.gov/Archives/edgar/data/918923/000092189515001410/sc13ga507422021_0514

2015.htm.

**Exhibit 8:**   Schedule 13D, filed with the Securities Exchange Commission on December 21, 2015, *available at* https://www.sec.gov/Archives/edgar/data/918923/000141588915004133/sc13d07422021_12182015.htm.

**Exhibit 9:**   Form 4 dated Feb. 5, 2015, filed with the Securities Exchange Commission on February 9, 2015, *available at* https://www.sec.gov/Archives/edgar/data/918923/000092189515000229/xslF345X03/form407422021_02092015.xml.

**Exhibit 10:**   Amendment No. 6 to Schedule 13G, filed with the Securities Exchange Commission on August 18, 2015, *available at* https://www.sec.gov/Archives/edgar/data/918923/000092189515002020/sc13ga607422021_08142015.htm.

Exhibit 1 is a public record of BVF Partners, L.P.'s history as a registered investment advisor made available by the United States Securities and Exchange Commission and is a proper subject of judicial notice. *See, e.g.*, *Daniels-Hall v. Nat'l Educ. Ass'n*, 629 F.3d 992, 998 (9th Cir. 2010) (taking judicial notice of information that "was made publicly available by government entities").

Exhibits 2-10 are publicly-available documents filed with the Securities and Exchange Commission ("SEC"). SEC filings are appropriate matters of judicial notice. *See, e.g.*, *Dreiling v. Am. Express Co.*, 458 F.3d 942, n.2 (9th Cir. 2006) (the court "may consider documents referred to in the complaint or matters subject to judicial notice, such as SEC filings"); *LifeScan Scot., Ltd. v. Shasta Techs., LLC*, No. 5:11-CV-4494-EJD, 2012 WL 2979028, at *4-5 (N.D. Cal. July 19, 2012) (granting request for judicial notice of Forms 10-Q filed with the SEC).

Exhibits 2, 4-8, and 10 are referred to and thereby incorporated into the Complaint (¶¶ 29, 31) and may be considered on a motion to dismiss. *See, e.g.*, *In re NVIDIA Secs. Litig.*, 768 F.3d 1046, 1051 (9th Cir. 2014) (the court may consider "the complaint itself[,] documents

incorporated by reference, and matters properly subject to judicial notice."); *Lomely v. JP Morgan Chase Bank, N.A.*, No. 5:12-CV-1194-EJD, 2012 WL 4123403, at*2 (N.D. Cal. Sept. 17, 2012) ("the court may properly take judicial notice of material which is attached as part of the complaint or relied upon the complaint").

Dated: June 27, 2016

HOGAN LOVELLS US LLP

By: /s/ Robert B. Hawk
Robert B. Hawk
HOGAN LOVELLS US LLP
4085 Campbell Avenue, Suite 100
Menlo Park, CA 94025
Telephone: (650) 463-4000
Facsimile: (650) 463-4199
robert.hawk@hoganlovells.com

Dennis H. Tracey, III
(admitted *pro hac vice*)
Derek Musa
(admitted *pro hac vice*)
HOGAN LOVELLS US LLP
875 Third Avenue
New York, NY 10022
Telephone: (212) 918-3000
Facsimile: (212) 918-3100
dennis.tracey@hoganlovells.com
derek.musa@hoganlovells.com

*Attorneys for Defendants Biotechnology Value Fund, L.P., Biotechnology Value Fund II, L.P., Investment 10, L.L.C., MSI BVF SPV, LLC, BVF Inc., and Mark N. Lampert*