| | |
|---|---|
| 1 | Robert B. Hawk (Bar No. 118054) |
| 2 | HOGAN LOVELLS US LLP<br>4085 Campbell Avenue, Suite 100 |
| 3 | Menlo Park, CA  94025<br>Telephone:  + 1 (650) 463-4000 |
| 4 | Facsimile:  + 1 (650) 463-4199<br>robert.hawk@hoganlovells.com |

--Additional Attorneys Listed On Signature Page--

Attorneys for Defendants
BIOTECHNOLOGY VALUE FUND, L.P.,
BIOTECHNOLOGY VALUE FUND II, L.P.,
INVESTMENT 10, L.L.C.
MSI BVF SPV, LLC,
BVF PARTNERS, L.P.,
BVF INC., and
MARK N. LAMPERT

Ian D. Berg
Takeo A. Kellar
ABRAHAM, FRUCHTER & TWERSKY, LLP
11622 El Camino Real, Suite 100
San Diego, CA 92130
Tel:  (858) 764-2580
Fax:  (858) 764-2582
iberg@aftlaw.com
tkellar@aftlaw.com

--Additional Attorneys Listed On Signature Page--

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| BRIAN B. SAND & ZACHARY B. SAND JOINT TRUST<br><br>            Plaintiff,<br>     v.<br><br>BIOTECHNOLOGY VALUE FUND, L.P., ET AL.,<br><br>            Defendants. | Case No. 3:16-CV-01313-RS<br>ORDER<br>**STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND ENLARGE TIME TO FILE CASE MANAGEMENT STATEMENT**<br><br>The Hon. Richard Seeborg |

1    WHEREAS, the parties submitted a joint request to continue the Case Management
2 Conference originally scheduled for June 16, 2016 (Dkt. 25);

3    WHEREAS, the Court continued the Case Management Conference until October 27,
4 2016 at 10:00 a.m. (Dkt. 26);

5    WHEREAS, the motion hearing on Defendants' motion to dismiss the complaint was
6 initially scheduled for October 27, 2016 at 1:30 p.m. (Dkt. 31);

7    WHEREAS, the Court continued the motion hearing on Defendants' motion to dismiss
8 the complaint until October 28, 2016 at 1:30 p.m. (Dkt. 32);

9    WHEREAS, counsel for Plaintiff and counsel for Defendants will be traveling from New
10 York to appear at the Case Management Conference on October 27, 2016 and the hearing on
11 Defendants' motion to dismiss the amended complaint on October 28, 2016;

12   WHEREAS, counsel for Plaintiff and counsel for Defendants have conferred and, in the
13 interest of the economy of the parties, Plaintiff and Defendants seek an order continuing the
14 October 27, 2016 Case Management Conference by one day, until October 28, 2016 at 10:00
15 a.m.;

16   WHEREAS, the proposed change would postpone by one day the parties' October 6, 2016
17 deadline to meet and confer under Federal Rule of Civil Procedure 26(f), the parties' October 20,
18 2016 deadline to file a joint case management statement under Federal Rule of Civil Procedure
19 26(f)(2), and the parties' October 20, 2016 deadline to exchange initial disclosures under Federal
20 Rule of Civil Procedure 26(a)(1)(C);

21   **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned
22 attorneys for Plaintiff and the undersigned attorneys for Defendants, that the parties respectfully
23 request, pursuant to Local Rules 6-2, 7-12, and 16-2, that the case schedule be changed as
24 follows:

25   **1.** The Case Management Conference currently scheduled for October 27, 2016 at
26       10:00 a.m. shall be re-set for October 28, 2016 at ~~10:00 a.m.;~~ 1:30 p.m.

27   **2.** The October 6, 2016 deadline for the parties to meet and confer under Federal

28

1  Rule of Civil Procedure 26(f) shall be re-set for October 7, 2016;

2  **3.** The October 20, 2016 deadline for the parties to file the joint Case Management Statement under Federal Rule of Civil Procedure 26(f)(2) shall be re-set for October 21, 2016; and

4  **4.** The October 20, 2016 deadline for the parties to exchange initial disclosures under Federal Rule of Civil Procedure 26(a)(1)(C) shall be re-set for October 21, 2016.

**HOGAN LOVELLS US LLP**

Dated: September 26, 2016    By:    */s/ Robert B. Hawk*
Robert B. Hawk
4085 Campbell Avenue, Suite 100
Menlo Park, CA  94025
Telephone: + 1 (650) 463-4000
Facsimile: + 1 (650) 463-4199
robert.hawk@hoganlovells.com

Dennis H. Tracey, III (admitted *pro hac vice*)
Derek Musa (admitted *pro hac vice*)
875 Third Avenue
New York, NY 10022
Telephone: (212) 918-3000
Facsimile: (212) 918-3100
dennis.tracey@hoganlovells.com
derek.musa@hoganlovells.com

*Attorneys for Defendants Biotechnology Value Fund, L.P., Biotechnology Value Fund II, L.P., Investment 10, L.L.C., MSI BVF SPV, LLC, BVF Partners, L.P., BVF Inc., and Mark N. Lampert*

3
STIPULATED REQUEST TO CONTINUE CMC AND
ENLARGE TIME TO FILE CASE MANAGEMENT STATEMENT
CASE NO. 3:16-CV-01313-RS

**ABRAHAM, FRUCHTER & TWERSKY, LLP**

Dated: September 26, 2016      By:      */s/ Cassandra Porsch*

Ian D. Berg
Takeo A. Kellar
11622 El Camino Real, Suite 100
San Diego, CA 92130
Tel: (858) 764-2580
Fax: (858) 764-2582
iberg@aftlaw.com
tkellar@aftlaw.com

Jack G. Fruchter (admitted *pro hac vice*)
Cassandra Porsch (admitted *pro hac vice*)
One Penn Plaza, Suite 2805
New York, NY 10119
Tel: (212) 279-5050
Fax: (212) 279-3655
jfruchter@aftlaw.com
cporsch@aftlaw.com

*Attorneys for Plaintiff*

### ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: __9/28__, 2016      By: _____
                                   Hon. Richard J. Seeborg, U.S.D.J.