1  Robert B. Hawk (Bar No. 118054)
   HOGAN LOVELLS US LLP
2  4085 Campbell Avenue, Suite 100
   Menlo Park, CA  94025
3  Telephone:  + 1 (650) 463-4000
   Facsimile:  + 1 (650) 463-4199
4  robert.hawk@hoganlovells.com

5  --Additional Attorneys Listed On Signature Page--

6  Attorneys for Defendants
   BIOTECHNOLOGY VALUE FUND, L.P.,
7  BIOTECHNOLOGY VALUE FUND II, L.P.,
   INVESTMENT 10, L.L.C.
8  MSI BVF SPV, LLC,
   BVF PARTNERS, L.P.,
9  BVF INC., and
   MARK N. LAMPERT
10
   Ian D. Berg
11 Takeo A. Kellar
   ABRAHAM, FRUCHTER & TWERSKY, LLP
12 11622 El Camino Real, Suite 100
   San Diego, CA 92130
13 Tel:  (858) 764-2580
   Fax:  (858) 764-2582
14 iberg@aftlaw.com
   tkellar@aftlaw.com
15
16 --Additional Attorneys Listed On Signature Page--

17 Attorneys for Plaintiff

18
                    **UNITED STATES DISTRICT COURT**
19
                   **NORTHERN DISTRICT OF CALIFORNIA**
20
                      **SAN FRANCISCO DIVISION**
21

22 | BRIAN B. SAND & ZACHARY B. SAND JOINT TRUST | Case No. 3:16-CV-01313-RS |
23 |  |  |
   | Plaintiff, | **STIPULATED REQUEST AND [PROPOSED] ORDER TO** |
24 | v. | **CONTINUE DEADLINE TO EXCHANGE INITIAL** |
25 | BIOTECHNOLOGY VALUE FUND, L.P., ET AL., | **DISCLOSURES** |
26 |  | The Hon. Richard Seeborg |
27 | Defendants. |  |

28

WHEREAS, Plaintiff filed a complaint in this action on March 17, 2016 (Dkt. 1);

WHEREAS, Defendants' motion to dismiss the complaint is fully briefed (Dkts. 31, 33, 38) and the motion hearing is scheduled for October 28, 2016 (Dkt. 36);

WHEREAS, the Court's forthcoming ruling on Defendants' motion to dismiss the complaint may obviate the need for any exchange of initial disclosures or discovery in this action;

WHEREAS, the Court granted the parties' stipulated request to continue the case management conference until October 28, 2016, re-set the parties' deadline to meet and confer under Federal Rule of Civil Procedure 26(f) for October 7, 2016, re-set the parties' deadline to file the joint Case Management Statement under Federal Rule of Civil Procedure 26(f)(2) for October 21, 2016, and re-set the parties' deadline to exchange initial disclosures under Federal Rule of Civil Procedure 26(a)(1)(C) for October 21, 2016  (Dkt. 39);

WHEREAS, on October 6, 2016, counsel for Plaintiff and counsel for Defendants conferred pursuant to Federal Rule of Civil Procedure 26(f) and, in the interest of the economy of the parties, seek an order continuing the October 21, 2016 deadline to exchange initial disclosures under Federal Rule of Civil Procedure 26(a)(1)(C) until 14 days after the Court's ruling on Defendants' pending motion to dismiss the complaint;

WHEREAS, no other deadline in the case would be affected by the proposed change;

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys for Plaintiff and the undersigned attorneys for Defendants, that the parties respectfully request, pursuant to Local Rules 6-2, 7-12, and 16-2, that the case schedule be changed as follows:

1. The October 21, 2016 deadline for the parties to exchange initial disclosures under Federal Rule of Civil Procedure 26(a)(1)(C) shall be re-set to 14 days following the Court's ruling on Defendants' pending motion to dismiss the complaint.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**HOGAN LOVELLS US LLP**

Dated:  October 6, 2016          By:      /s/ Robert B. Hawk_____
Robert B. Hawk
4085 Campbell Avenue, Suite 100
Menlo Park, CA  94025
Telephone:  + 1 (650) 463-4000
Facsimile:  + 1 (650) 463-4199
robert.hawk@hoganlovells.com

Dennis H. Tracey, III (admitted *pro hac vice*)
Derek Musa (admitted *pro hac vice*)
875 Third Avenue
New York, NY 10022
Telephone: (212) 918-3000
Facsimile: (212) 918-3100
dennis.tracey@hoganlovells.com
derek.musa@hoganlovells.com

*Attorneys for Defendants Biotechnology*
*Value Fund, L.P., Biotechnology Value*
*Fund II, L.P., Investment 10, L.L.C., MSI*
*BVF SPV, LLC, BVF Partners, L.P., BVF*
*Inc., and Mark N. Lampert*

1

**ABRAHAM, FRUCHTER & TWERSKY, LLP**

2

3   Dated:  October 6, 2016          By:     _____*/s/ Cassandra Porscha*_____ _____

4                                          Ian D. Berg
                                           Takeo A. Kellar
5                                          11622 El Camino Real, Suite 100
                                           San Diego, CA 92130
6                                          Tel:  (858) 764-2580
                                           Fax:  (858) 764-2582
7                                          iberg@aftlaw.com
                                           tkellar@aftlaw.com
8

9                                          Jack G. Fruchter (admitted *pro hac vice*)
                                           Cassandra Porsch (admitted *pro hac vice*)
10                                         One Penn Plaza, Suite 2805
                                           New York, NY 10119
11                                         Tel:  (212) 279-5050
                                           Fax:  (212) 279-3655
12                                         jfruchter@aftlaw.com
                                           cporsch@aftlaw.com
13

14                                         *Attorneys for Plaintiff*

15

16

17

18                              <u>**ORDER**</u>

19

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

20

21   Dated:  _____, 2016          By:  _____

22                                          Hon. Richard J. Seeborg, U.S.D.J.

23

24

25

26

27

28

4

1

2

**L.R. 5-1(i)(3) ECF Attestation**

3

     I, Robert B. Hawk, am the ECF user whose ID and password are being used to file the

4

following:  **STIPULATED REQUEST TO CONTINUE DEADLINE TO EXCHANGE**

5

**INITIAL DISCLOSURES**.  In compliance with L.R. 5-1(i)(3), I hereby attest that Cassandra

6

Porsch has concurred in this filing.

7

                                     */s/ Robert B. Hawk*

8

                                       Robert B. Hawk

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATED REQUEST TO CONTINUE DEADLINE TO EXCHANGE INITIAL DISCLOSURES
CASE NO. 3:16-CV-01313-RS