Robert B. Hawk (Bar No. 118054)
HOGAN LOVELLS US LLP
4085 Campbell Avenue, Suite 100
Menlo Park, CA 94025
Telephone: + 1 (650) 463-4000
Facsimile: + 1 (650) 463-4199
robert.hawk@hoganlovells.com

Dennis H. Tracey, III
(admitted *pro hac vice*)
Derek Musa
(admitted *pro hac vice*)
HOGAN LOVELLS US LLP
875 Third Avenue
New York, NY 10022
Telephone: (212) 918-3000
Facsimile: (212) 918-3100
dennis.tracey@hoganlovells.com
derek.musa@hoganlovells.com

Attorneys for Defendant
MAGNITUDE CAPITAL, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| BRIAN B. SAND & ZACHARY B. SAND JOINT TRUST<br><br>Plaintiff,<br><br>v.<br><br>BIOTECHNOLOGY VALUE FUND, L.P., ET AL.,<br><br>Defendants. | Case No. 3:16-cv-01313-RS<br><br>**MAGNITUDE CAPITAL, LLC'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil L.R. 3-15, the undersigned counsel for Magnitude Capital, LLC ("Magnitude") certifies that, as of the date below, the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities other than the parties themselves are known to (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

- **James M. Hall:** Mr. Hall is a managing member of Magnitude.
- **Benjamin S. Appen:** Mr. Appen is a managing member of Magnitude.
- **H. Hawes Bostic:** Mr. Bostic is a non-managing member of Magnitude.
- **Graeme E. Daykin:** Mr. Daykin is a non-managing member of Magnitude.
- **Christopher J. English:** Mr. English is a non-managing member of Magnitude.
- **Rick O. Lodewick:** Mr. Lodewick is a non-managing member of Magnitude.
- **Charles M. Morgan:** Mr. Morgan is a non-managing member of Magnitude.
- **Stephen R. Nelson:** Mr. Nelson is a non-managing member of Magnitude.
- **Eric D. Stiles:** Mr. Stiles is a non-managing member of Magnitude.
- **Appen-Chang 2012 Trust:** Appen-Chang 2012 Trust is a non-managing member of Magnitude.
- **JJFH Trust:** JJFH Trust is a non-managing member of Magnitude.

Dated: April 20, 2017

HOGAN LOVELLS US LLP

By: /s/ *Robert B. Hawk*

Robert B. Hawk
HOGAN LOVELLS US LLP
4085 Campbell Avenue, Suite 100
Menlo Park, CA 94025
Telephone: + 1 (650) 463-4000
robert.hawk@hoganlovells.com

Dennis H. Tracey, III
(admitted *pro hac vice*)
Derek Musa
(admitted *pro hac vice*)
HOGAN LOVELLS US LLP
875 Third Avenue

New York, NY 10022
Telephone: (212) 918-3000
Facsimile: (212) 918-3100
dennis.tracey@hoganlovells.com
derek.musa@hoganlovells.com

*Attorneys for Defendant Magnitude Capital, LLC*